IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MAURICE WILLIAMS CARR, SR.**                                            **PLAINTIFF**

**V.**                       **NO. 4:14-CV-00027-DMB-JMV**

**MILTON GASTON, Sheriff; PERCY
MILES, Major; MARY L PIPPINS,
Warden; CHIEF WILLIAM CLAY; LT.
DARREN ADDISON**                                           **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 15, 2014, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged the receipt of same on June 11, 2014; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 15, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That Chief William Clay and Lieutenant Darren Addison are **DISMISSED** from this action.

3. That the plaintiff's claim against the remaining defendants **PROCEED**.

**SO ORDERED** this the 14th day of July, 2014.

                                                                    /s/ **Debra M. Brown**
                                                                    **UNITED STATES DISTRICT JUDGE**